**Petition for Writ of Mandamus Denied and Memorandum Opinion filed September 5, 2013.**



In The

# Fourteenth Court of Appeals

### NO. 14-13-00748-CV

## IN RE JONATHAN DAY, ET AL, Relators

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**

---

## MEMORANDUM OPINION

On August 26, 2013, relators Jonathan Day, Charhonda Williams, and Eva Castillo filed a petition for writ of mandamus in this court. *See* Tex. Elec. Code Ann. § 273.061; *see also* Tex. R. App. P. 52. In the petition, relators ask this court to compel the Honorable Ed Emmett, Harris County Judge, to order an election in accordance with the "Petition to Authorize a One Cent Tax for Early Childhood Education."

Relators have not established their entitlement to mandamus relief. Accordingly, we deny relators' petition for writ of mandamus.

PER CURIAM

Panel Consists of Justices Frost, Jamison, and McCally.